IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DELLA SHERWOOD, Individually and
as Guardian and Next Friend of
NANETTE ROMERO and C.S.,

        Plaintiff,

vs.                               No. CV 09-722 JC/WDS

THE BOARD OF COUNTY COMMISSIONERS
OF SANTA FE COUNTY; GREG SOLANO;
BOB ORTIZ; GREG PARRISH; LAURA KAY, M.D.;
TERRI GREER, PH.D.; NANCY FUDGE, RN; and
MICHAEL SANDS

## MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS REGARDING APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Order of Reference

[Doc.#51] and the joint motion of the parties for the Magistrate Judge to make findings and

recommendations regarding the proposed approval of the settlement insofar as it involves the

claims of Nanette Romero, a person under disability, and C.S., a minor [Doc. No. 52];

hearing having been held before the Court on July 7, 2010; the Court having heard from

counsel for Plaintiff and Defendants as well as having received the reports and testimony of

Shannon Bulman as guardian ad litem for Nanette Romero and Kathleen Oakey as guardian

ad litem for C.S.; having heard the testimony of Plaintiff Della Sherwood, the conservator for

Nanette Romero and the adoptive mother of C.S.; having reviewed the terms of the

settlement and being otherwise fully advised in the premises:

      FINDS AND RECOMMENDS as follows:

1.      That Plaintiff and Defendants have represented to the Court that all matters in controversy have been fully settled and compromised as set forth in the settlement agreement and release attached hereto as Exhibit "A";

2.      That the settlement between Plaintiff and Defendant Board of County Commissioners of Santa Fe County ("Santa Fe County") is fair, reasonable and in the best interest of the minor child C.S. and Nanette Romero, a person under disability, and should be approved by the Court;

3.      That Senior United States District Judge John E. Conway should enter an order approving the settlement and dismissing with prejudice all causes of action which could have been stated herein against Defendants;

4.      That said order should approve the amounts to be paid to or on behalf of Nanette Romero, C.S. and Della Sherwood as set forth in Exhibit "A" hereto;

5.      That said order should order the creation of and establishment of the Nanette Romero Medicaid Pay Back Trust which is attached hereto as Exhibit "B";

6.      That said order should approve Plaintiff's counsel's attorneys' fees and expenses in the total amount of $703,786.29 plus future expenses;

7.      That said order should provide that upon completion of the responsibilities set forth in said order the Guardians ad Litem shall be released from further duties; and

8.      That each party shall bear its attorneys fees and costs.

THIS COURT THEREFORE RECOMMENDS that Senior United States District

Judge John E. Conway enter an order finding:  that the settlement between Plaintiff and Santa

Fe County, insofar as it involves the claims of Nanette Romero and C.S., is fair and

reasonable and is approved and accepted by the Court; that Plaintiff's counsel's attorneys'

fees and expenses be approved; that the specified payments in the settlement agreement be

approved; that the Court order the creation and establishment of the Nanette Romero

Medicaid Pay Back Trust; that upon completion of their duties the Guardians ad Litem be

released of further obligations; that all causes of action which were or could have been stated

herein on behalf of Nanette Romero and C.S. against Defendants, as well as all other claims

of Plaintiff, be dismissed with prejudice and; that each party bear its own attorneys' fees and

costs.

_____
Honorable W. Daniel Schneider
United States Magistrate Judge

APPROVED:


Approved Electronically
Robert R. Rothstein
Mark H. Donatelli
John C. Bienvenu
*Attorneys for Plaintiff Della Romero, Individually*
*and as Guardian and Next Friend of Nanette Romero*
*and C.S.*

APPROVED:

Approved Electronically
Jeffrey L. Baker
Rennie Zifferblatt
*Attorneys for Defendant Board of*
*Commissioners of Santa Fe County*


APPROVED:

Approved Electronically
Jerry A. Walz
*Attorney for Defendant Laura Kay, M.D.*


APPROVED:

Approved Electronically
Elizabeth L. German
*Attorney for Defendant Nancy Fudge*


APPROVED:

Approved Electronically
Martin R. Esquivel
Henry Narvaez
H. Nicole Werkmeister
*Attorneys for Defendant Terri Greer, Ph.D.*

T:\Court Forms\R&R minor settlement.wpd